UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GA

PHILIP SEARS

    Plaintiff,

V.                                                CIVIL ACTION NO

                                                           2:14-cv-00308-WCO-JCF

AMERICAN CORADIUS INTERNATIONAL LLC

Defendant.                                     DECEMBER 22, 2014

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Commerce, GA.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 2420 SWEET HOME RD, STE.150, AMHERST, NY 14228.

6. Defendant communicated with plaintiff via written letter dated November 28, 2014 in connection with collection efforts with regard to plaintiff's disputed personal credit card debt.

7. At all times material hereto, plaintiff was a "consumer" as said term is defined under 15 U.S.C. §1692a (3).

8. At all times material hereto, "Regions Bank", represented by Defendant was a "creditor" as said term is defined under 15 U.S.C. §1692a (4).

9. At all times material hereto, the amount purportedly owed to "Regions Bank" represented by Defendant was a "debt" as said term is defined under 15 U.S.C. §1692a (5).

10. Defendant called the telephone located at the Plaintiff's brother's home and left the following voicemail message.

*"This is an important message for Phillip Sears. This is Thomas Mahoney with American Coradius International. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Please return this call today at 855-295-8172. When calling back, use reference number 7084762. Thank you."*

11. Defendant contacted a 3rd party and communicated with a prohibited person under §1692c.

12. Defendant voicemail message stated "this is an attempt to collect a debt" and violated 1692e, by attempting to collect a debt from the Plaintiff's brother.

13. Defendant communicated with a third party and violated the prohibition of the FDCPA from communicating with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor,

the attorney of the creditor, or the attorney of the debt collector, pursuant to §1692c.

14. In the collection efforts, the Defendant violated the FDCPA; inter alia, §1692c and e.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.
2. Award Plaintiff costs of suit and a reasonable attorney's fee.
3. Award such other and further relief as this Court may see fit.

THE PLAINTIFF
BY /S/ Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
34 Roger Street, Suite A
Blairsville, GA 30512
(706) 400- 2650
(443) 440-6372 Fax
bernardtkennedy@yahoo.com