# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

PHILIP SEARS,

        Plaintiff,

Case No. 2:14-cv-00308-WCO-JCF

v.

AMERICAN CORADIUS
INTERNATIONAL LLC,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, American Coradius International LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Coopers Glen Drive, SW
Mableton, GA 30126-2584

        Telephone:  (678) 209-7492
        Facsimile:   (877) 480-5639
        wfassbender@sessions-law.biz
        Attorney for Defendant,
        American Coradius International LLC

## **CERTIFICATE OF SERVICE**

I certify that on this 24th day of February 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below. Parties may access this filing through the Court's system.

        Bernard T. Kennedy, Esq.
        The Kennedy Law Firm
        34 Roger Street, Suite A
        Blairsville, GA 30512

I additionally certify that the above-referenced document has been prepared in Time New Roman (14 point) font and this satisfies the font size requirements of this Court.

        /s/ Wendi E. Fassbender, Esq.
        Wendi E. Fassbender, Esq.