UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GA

Philip Sears

       Plaintiff,

V.                                   CIVIL ACTION NO
                                       2:14-cv-00308-WCO-JCF

American Coradius International LLC     March 24, 2015

**NOTICE OF DISMISSAL**

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                    THE PLAINTIFF

                                                    BY/S/Bernard T. Kennedy
                                                      Bernard T. Kennedy, Esquire
                                                      The Kennedy Law Firm
                                                      34 Roger Street, Suite A
                                                      Blairsville, GA 30512
                                                      (706) 400- 2650
                                                      (443) 440-6372 Fax
                                                      bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 3/24/2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy