# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

PHILIP SEARS
        Plaintiff,

                Case No. 2:14-cv-00308-WCO-JCF

v.

AMERICAN CORADIUS
INTERNATIONAL LLC

    Defendant.
_____/

## NOTICE OF DISMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                THE PLAINTIFF

                BY/S/Bernard T. Kennedy
                  Bernard T. Kennedy, Esquire
                  The Kennedy Law Firm
                  34 Roger Street, Suite A
                  Blairsville, GA 30512
                  (706) 400- 2650
                  (443) 440-6372 Fax
                  bernardtkennedy@yahoo.com

Consented to by: /s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Coopers Glen Drive, SW
Mableton, GA 30126-2584
Telephone: (678) 209-7492
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions-law.biz
Attorneys for Defendant,
American Coradius International LLC

## *CERTIFICATION*

I hereby certify that on 3/24/2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

BY/S/Bernard T. Kennedy